The judgment is reversed, and the cause remanded.

---

### CATES v. STATE. (No. 6539.)

(Court of Criminal Appeals of Texas. Oct. 19, 1921.)

Criminal law ⚹1131(5)—Appeal dismissed on defendant's escape from custody.

Under Vernon's Ann. Code Cr. Proc. 1916, art. 912, an appeal will be dismissed on defendant's escape from custody.

Appeal from District Court, Crosby County; W. R. Spencer, Judge.

Sam Cates was convicted of forgery, and he appeals. Appeal dismissed.

R. G. Storey, Asst. Atty. Gen., for the State.

HAWKINS, J. Conviction was for forgery. It is made to appear that pending this appeal the defendant has escaped from the custody of the sheriff of Lubbock county, Tex., who was holding him in the jail of that county under conviction in this case, as well as under conviction in another case from Lubbock county.

By reason of such escape the jurisdiction of this court no longer attaches, and the appeal is dismissed. Article 912, Vernon's C. C. P.